UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

    Plaintiff      Case No. 09-10091
             Hon. Robert H. Cleland
-v-            Claim No. 1998A16486

BRENDA D. TRIPP,

    Defendant.

## ORDER ALLOWING RECORDS SUBPOENA

At a session of said Court held in the
City of Detroit, Wayne County, Michigan,
on March 24, 2009

PRESENT: HONORABLE_ROBERT H. CLELAND

Upon the reading and filing of the Petition of the Plaintiff, and this Court being more fully informed and duly advised in the premises:

And upon the Motion of PAMELA S. RITTER, attorney for the Plaintiff;

IT IS HEREBY ORDERED that the Plaintiff may issue a subpoena to **CHASE MANHATTAN MORTGAGE CORPORATION** requesting a copy of the Defendant's mortgage application and copies of any bank checks used to make payments on account in the last six months and /or the bank routing number of any online payments made in the last six months.

             S/Robert H. Cleland
             ROBERT H. CLELAND
             UNITED STATES DISTRICT JUDGE

Dated: March 24, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 24, 2009, by electronic and/or ordinary mail.

                           S/Lisa Wagner
                           Case Manager and Deputy Clerk
                           (313) 234-5522